| | |
|---|---|
| **ROPES & GRAY LLP** | **QUARLES & BRADY LLP** |
| James R. Batchelder (SBN 136347) | Michael W. Carwin (SBN: 309696) |
| james.batchelder@ropesgray.com | michael.carwin@quarles.com |
| Andrew N. Thomases (SBN 177339) | 300 N. LaSalle Street, Suite 4000 |
| andrew.thomases@ropesgray.com | Chicago, IL 60654 |
| James F. Mack (SBN 322056) | Telephone: (312) 715-5000 |
| james.mack@ropesgray.com | Fax: (312) 715-5155 |
| David A. Serati (SBN 329811) | |
| david.serati@ropesgray.com | Johanna M. Wilbert |
| 1900 University Avenue | (admitted *Pro Hac Vice*) |
| 6th Floor | johanna.wilbert@quarles.com |
| East Palo Alto, CA 94303-2284 | Michael T. Piery (admitted *pro hac vice*) |
| Telephone: (650) 617-4000 | michael.piery@quarles.com |
| | 411 East Wisconsin Ave. Suite 2400 |
| Randall W. Bodner (MA Bar # 549160) | Milwaukee, Wisconsin 53202 |
| (admitted *pro hac vice*) | Telephone: (414) 277-5367 |
| randall.bodner@ropesgray.com | Fax: (414) 978-8367 |
| Prudential Tower | |
| 800 Boylston Street | *Attorney for Defendants* |
| Boston, MA 02199-3600 | *Zimmer Biomet Holdings, Inc.,* |
| Telephone: (617) 951-7000 | *Zimmer, Inc., Zimmer US, Inc., and* |
| | *ORTHOsoft ULC* |
| *Attorneys for Plaintiffs* | |
| *XpandOrtho, Inc. and* | *[Additional counsel on signature* |
| *Exactech, Inc.* | *page]* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XpandOrtho, Inc.; Exactech, Inc. <br>    Plaintiffs, <br>v. <br>Zimmer Biomet Holdings, Inc.; Zimmer, Inc.; Zimmer US, Inc. d/b/a Zimmer Biomet Southern California; ORTHOsoft ULC d/b/a Zimmer CAS, <br>    Defendants. | Case No.: 3:21-CV-00105-BEN-DDL <br><br>**JOINT MOTION FOR STIPULATED DISMISSAL** |

1

1 | Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Civ. L. R. 7.2, Plaintiffs XpandOrtho, Inc. and Exactech, Inc. (collectively "Plaintiffs") and Defendants Zimmer Biomet Holdings, Inc.; Zimmer, Inc.; Zimmer US, Inc. d/b/a Zimmer Biomet Southern California; and ORTHOsoft ULC d/b/a Zimmer CAS (collectively "Defendants," and with Plaintiffs, "the Parties"), by and through undersigned counsel, together hereby submit this Joint Motion for Stipulated Dismissal of all claims in this case, with prejudice. Each Party shall bear its own expenses in connection with this action, including without limitation all attorneys' fees and court costs.

DATED: January 19, 2023

By: /s/ *Andrew N. Thomases*

**ROPES & GRAY LLP**
James R. Batchelder (SBN 136347)
james.batchelder@ropesgray.com
Andrew N. Thomases (SBN 177339)
andrew.thomases@ropesgray.com
James F. Mack (SBN 322056)
james.mack@ropesgray.com
David A. Serati (SBN 329811)
david.serati@ropesgray.com
Nancy N. Attalla (SBN 341070)
nancy.attalla@ropesgray.com
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303
Telephone: (650) 617-4000

Randall W. Bodner (MA Bar # 549160)
(admitted *pro hac vice*)
randall.bodner@ropesgray.com
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Josef B. Schenker (admitted *pro hac vice*)
josef.schenker@ropesgray.com
1211 Avenue of the Americas

2

|   |   |
|---|---|
| | New York, NY 10036 |
| | Telephone: (212) 596-9637 |
| | |
| | *Attorneys for Plaintiffs* |
| | *XpandOrtho, Inc. and Exactech, Inc.* |
| DATED: January 19, 2023 | By: */s/ Michael T. Piery* |
| | **QUARLES & BRADY LLP** |
| | Michael T. Piery (admitted *pro hac vice*) |
| | michael.piery@quarles.com |
| | Johanna Wilbert (admitted *pro hac vice*) |
| | Johanna.wilbert@quarles.com |
| | 411 East Wisconsin Ave. Suite 2400 |
| | Milwaukee, Wisconsin 53202 |
| | Telephone: (414) 277-5367 |
| | Fax: (414) 978-8367 |
| | |
| | Michael W. Carwin (SBN: 309696) |
| | michael.carwin@quarles.com |
| | 300 N. LaSalle Street, Suite 4000 |
| | Chicago, IL 60654 |
| | Telephone: (312) 715-5000 |
| | Fax: (312) 715-5155 |
| | |
| | Jason M. Avelar (CA Bar # 312884) |
| | Jason.Avelar@quarles.com |
| | Quarles & Brady LLP |
| | 2 North Central Avenue, Suite 600 |
| | One Renaissance Square |
| | Phoenix, AZ 85004 |
| | Tel.: (602) 229-5200 |
| | |
| | Joshua B. Fleming (Admitted *Pro Hac Vice*) |
| | josh.fleming@quarles.com |
| | Quarles & Brady LLP |
| | 135 N. Pennsylvania Street, Suite 2400 |
| | Indianapolis, IN 46204 |
| | Tel: (317) 957-5000 |
| | |
| | **WILSON TURNER KOSMO LLP** |
| | Robert A. Shields (SBN 206042) |

rshields@wilsonturnerkosmo.com
Telephone: 619-236-9600
Fax: 619-236-9669
402 West Broadway, Suite 1600
San Diego, California 92101

*Attorney for Defendants
Zimmer Biomet Holdings, Inc.,
Zimmer, Inc., Zimmer US, Inc., and
ORTHOsoft ULC*

## ECF ATTESTATION

I, Andrew Thomases, am the ECF User whose ID and password are being used to file this document. In compliance with this Court's Electronic Case Filing Administrative Policies and Procedures Manual at Section 2-f(4), I attest that concurrence in this stipulation has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: January 19, 2023                                /s/  *Andrew N. Thomases*